UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

LAMORRIS CARR,
        Plaintiff,

vs.

CHARLES DAVID FREEMAN, R J EXPERT INC.,
        Defendant(s).

CIVIL ACTION FILE

NO. 3:24-cv-00104-TCB

## J U D G M E N T

This action having come before the court, Honorable Timothy C. Batten, Sr., United States District Judge, for consideration of Defendant's Summary Judgment, and the court having Granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Newnan, Georgia, this 2nd day of April, 2025.

        KEVIN P. WEIMER
        CLERK OF COURT

By:  s/ J. Brown
      Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
April 2, 2025
Kevin P. Weimer
Clerk of Court

By: s/ J. Brown
      Deputy Clerk